Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF _____
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 DEC 11  A 10: 57

_____
DEPUTY CLERK

Douglas C Avery
Jason A Lerman
HVAC Zone 3 Homesteading Farms

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

-against-
"SEE ATTACHED"
Northeast Technical Institute
(and all aliases), James Liponis,
Jeff Burbine, Susan Lemieux,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Douglas C Avery
Street Address: 8 Sparrow Dr APT 4
City and County: Windham   Cumberland
State and Zip Code: Maine   04062
Telephone Number: 207-572-8859
E-mail Address: dca1110@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Northeast Technical Institute (and aliases)
Job or Title (if known):
Street Address: 51 US RTE 1 Suite K
City and County: Scarborough   Cumberland
State and Zip Code: Maine   04074
Telephone Number: 207-883-5130
E-mail Address (if known):

Defendant No. 2

Name: James Liponis
Job or Title (if known): President / owner
Street Address:
City and County:
State and Zip Code: Maine
Telephone Number:

25

|  | E-mail Address (if known) | |
|---|---|---|

Defendant No. 3

| | Name | JEFF Burbine |
|---|---|---|
| | Job or Title (if known) | General Manager |
| | Street Address | |
| | City and County | |
| | State and Zip Code | maine |
| | Telephone Number | |
| | E-mail Address (if known) | |

Defendant No. 4

| | Name | Susan Lemieux |
|---|---|---|
| | Job or Title (if known) | WAS "HR" |
| | Street Address | |
| | City and County | |
| | State and Zip Code | maine |
| | Telephone Number | |
| | E-mail Address (if known) | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

26

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    ① Doy C. Avery
    Maine

    a.  If the plaintiff is an individual

        ② The plaintiff, (name) __Jason A Lorman__, is a citizen of the State of (name) __Maine__.

    b.  If the plaintiff is a corporation

        The plaintiff, (name) __HVACZone3 Homesteading Farms__, is incorporated under the laws of the State of (name) __Nevada__, and has its principal place of business in the State of (name) __Maine__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, (name) __James Liponis__, is a citizen of the State of (name) __maine__. Or is a citizen of (foreign nation) _____.

    b.  If the defendant is a corporation

        The defendant, (name) __Northeast Technical INSTITUTE__, is incorporated under the laws of the State of (name) __Maine / New Hampshire__, and has its principal place of business in the State of (name) __Maine__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

    *(If more than one defendant is named in the complaint, attach an*

27

*additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy = 10,749,642 + Pain & Suffering and Interest and Penalties.

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

they have broken Labor Laws, Harrasment, Hostile Workplace, Violation of ADA Laws, personal treatment, Physical assault by Robert Horr - direct supervisor, Copywrite Infringment not only negligence, but gross negligence ongoing pattern of violations

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① Jeff Burbine - Harrassment, Lies about pay; ② Susan Lemieux - Violation of Hippa & Pria Laws, tampering with info, Lies ③ Jim Liponis - Allowing everything to happen, Threats to withhold money for raise, Lies ④ Robert Horr - Harrassment, Hostile Workplace, threats, Physical/Mental assault at workplace in front of witness ⑤ Stephanie Anderson - Descrimination, threw the case ⑥ MHRC - Did not investigate properly, threw the case ⑦ overseers board of the bar - not impartal investigation - threw case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Violations of Labor Laws - Back wages/intrest/penalties
Human Rights Violations, ADA Laws, Personal and Mental anguish, Physical Issues due to ADA Violations ect
Not sure of values at this time
Violation of U.CC. Copyright Infringement

28

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 10, 2019.

Signature of Plaintiff: *Douglas C Avery*
Printed Name of Plaintiff: Douglas C Avery

*Jason A Lerman, Individually and on Behalf of HVAC Zone 3 Homesteading Farms.*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

12/10/19

Defendants

1) Northeast Technical Institute and all alias's
2) James Liponis
3) Jeff Bulbine
4) Susan Lemieux
5) Robert Horr
6) Stephanie Anderson
7) Overseers Board of the Bar
8) Maine Human Rights Commission (Amy Sneirson) in her offical Capacity as Director of MHRC

12/10/19

Additional Defendents:

Robert Horr, Stephanie Anderson, overseers board of the Bar, Maine Human Rights Commission (Amy Sneirson)

Defendant No. 5    Robert Horr
                   HVAC Department Manager

Defendant No. 6    Stephanie Anderson
                   former District Maine state Attorney

Defendant No. 7    overseers Board of the bar
                   Augusta, Maine

Defendant No. 8    Maine Human Rights Commission
                   Amy Sneirson - Director

~~Defendant No. 9~~

12/10/19

Plaintiff #2
  Jason A Lerman
  285 Park Ave
  Auburn. Androscoggin
  Maine 04210
  207-576-6526
  Mainysun@yahoo.com

Plaintiff #3
  HVAczone & Homesteading Farms
  285 Park Ave
  Auburn Androscoggin
  Maine 04210
  207-576-6526
  Mainysun@yahoo.com